## 27418. WYMS v. AULT.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED JANUARY 5, 1973.

Eric Wyms, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

